UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL OCAMPO JIMENEZ,<br><br>Defendant. | CASE NO.: 24-cr-0349-W-1<br><br>Hon. Thomas J. Whelan<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |

IT IS HEREBY ORDERED that the Motion Setting currently set for March 11, 2024 is vacated and a Status Hearing is set for April 8, 2024 at 9:00 a.m. It is further ordered that the time between March 11, 2024 and April 8, 2024 is excluded in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: 3/6/24

Honorable Thomas J. Whelan
United States District Judge